UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUVINA M. MARTINBEAULT, on Behalf
of R.J.M.,

                                    Plaintiff,

          vs                                              1:07-CV-1297

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                                    Defendant.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

CONBOY, McKAY, BACHMAN
  & KENDALL, LLP                        PETER L. WALTON, ESQ.
Attorneys for Plaintiff
407 Sherman Street
Watertown, NY 13601-9990


SOCIAL SECURITY ADMINISTRATION
OFFICE OF REGIONAL GENERAL COUNSEL
Region II                               SANDRA M. GROSSFELD, ESQ.
26 Federal Plaza - Room 3904
New York, NY 10278


DAVID N. HURD
United States District Judge

## DECISION and ORDER

          Plaintiff filed this action in December 2007, seeking judicial review of the

Commissioner's denial of benefits pursuant to 42 U.S.C. § 405(g) and 1383(c)(3).   By

Report-Recommendation dated October 27, 2009, the Honorable Victor E. Bianchini, United

States Magistrate Judge, recommended that the decision of the Commissioner be reversed,

and that the case be remanded to the Commissioner pursuant to sentence four of 42 U.S.C.

§ 405 (g) for further administrative proceedings consistent with the Report and Recommendation.  The defendant has filed objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the report and recommendations to which the defendant has objected, the Report-Recommendation is accepted and adopted in whole.  See 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that the decision of the Commissioner is REVERSED and the case is REMANDED for further administrative proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   December 14,  2009
         Utica, New York.

- 2 -